No. 74–6360. FAIR *v.* BALL ET AL. Sup. Ct. Fla. Certiorari denied. ■■■■■■■■■■■■■■■■■■■■.

No. 74–6396. GIBSON *v.* HENDERSON, WARDEN. Sup. Ct. La. Certiorari denied.

No. 74–403. JORDON ET AL. *v.* GILLIGAN, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL would grant certiorari. ■■■■■■■■■■■■■■■■■■■■.

No. 74–543. BRIDGEPORT GUARDIANS, INC., ET AL. *v.* BRIDGEPORT CIVIL SERVICE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. ■■■■■■■■■■■■■■■■■.

No. 74–757. CITIZENS TO PRESERVE OVERTON PARK, INC., ET AL. *v.* SMITH, COMMISSIONER, TENNESSEE DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–842. TIIDEE PRODUCTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. ■■■■■■■■■■■■■■■■■■■■■■■■■■■.

No. 74–1140. LOWE ET AL. *v.* SECRETARY OF STATE ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–1173. ESTATE OF KLEIN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. ■■■■■■■■■■■■■■.